# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL WATERS NELSON,<br><br>        Defendant. | Case No. 2:15-cr-0084-RFB<br><br>**<u>ORDER</u>** |

**IT IS ORDERED** that the following condition be added:

<u>Sex Offender Treatment</u> – You must participate in a sex offense-specific treatment program, and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

**IT IS FURTHER ORDERED** that the condition requiring Mr. Nelson to reside at the residential re-entry center for a period of 6 months be removed and the standard residential condition remain in effect.

DATED this <u>1st</u> day of March, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE